IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TONY IVANOV, )
individually and on behalf of a class, )
 )
Plaintiff, )
 )
v. )
 )
NCO FINANCIAL SYSTEMS, INC., ) JURY DEMANDED
 )
Defendant. )

06cv3460
JUDGE GUZMAN
MAG. LEVIN

FILED
JUN 26 2006

## COMPLAINT – CLASS ACTION

### INTRODUCTION

1. Plaintiff Tony Ivanov brings this action to secure redress against unlawful credit and collection practices engaged in by defendant NCO Financial Systems, Inc. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA"). The FDCPA broadly prohibits unfair or unconscionable collection methods; conduct which harasses, oppresses or abuses any debtor; and any false, deceptive or misleading statements, in connection with the collection of a debt; it also requires debt collectors to give debtors certain information. 15 U.S.C. §§1692d, 1692e, 1692f and 1692g.

### JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337 and 15 U.S.C. §1692k (FDCPA).

3. Venue and personal jurisdiction over defendant in this District is proper because:

   a. Plaintiff resides here;

   b. Defendant does business and has offices here;

   c. Defendant is a licensee under the Illinois Collection Agency Act, 225 ILCS 425/4, which requires licensure if a collection agency shall "engage in the business of collecting, solicit claims for others, have a sales office, a client, or solicit a client in this State,

1

exercise the right to collect, or receive payment for another of any account, bill or other indebtedness," and the agency's activities are not "limited to collecting debts from debtors located in this State by means of interstate communication, including telephone, mail, or facsimile transmission from the agency's location in another state provided they are licensed in that state and these same privileges are permitted in that licensed state to agencies licensed in Illinois."

    d.  Defendant's collection communications to plaintiff and numerous others were transmitted into the District.

    e.  Defendant regularly files lawsuits and enters into contracts here.

    f.  Defendant holds itself out as conducting a nationwide collection business.

## PARTIES

4.  Plaintiff Tony Ivanov is an individual who resides in Chicago, Illinois.

5.  Defendant NCO Financial Systems, Inc. is a Pennsylvania corporation with its principal place of business in Pennsylvania. It does business in Illinois. Its registered agent and office are CT Corporation System, 208 S. LaSalle St., Suite 814, Chicago, IL 60604.

6.  NCO Financial Systems, Inc. operates a collection agency.

7.  NCO Financial Systems, Inc. is a "debt collector" as defined in the FDCPA.

## FACTS

8.  On or about December 23, 2005, defendant sent plaintiff the collection letter attached as Exhibit A, seeking to collect a credit card debt allegedly incurred for personal, family or household purposes.

9.  Exhibit A is an example of a form letter designated "NCO A".

10.  The "NCO A" letter is filled out by defendant in a standardized manner.

11.  Exhibit A represents that the alleged debt consists of "PRINCIPAL:

2

$6794.10" and "INTEREST: $1882.04" and that the INTEREST RATE is zero.

12. The statement that there is interest but that the rate used to compute interest is zero is false.

13. On or about January 23, 2006, defendant sent plaintiff the collection letter attached as Exhibit B, seeking to collect the same credit card debt.

14. Exhibit B is an example of a form letter designated "NCO C".

15. The "NCO C" letter is filled out by defendant in a standardized manner.

16. Exhibit B represents that the alleged debt consists of "PRINCIPAL: $6794.10" and "INTEREST: $2100.68" and that the INT RATE is zero.

17. The statements that there is interest and that the dollar amount of interest has increased in the month since the NCO A letter was sent, but that the rate used to compute interest is zero, is false.

18. Based on the normal practices of the creditor with respect to its credit card debts, a significant portion of the debt consists of interest, including interest accrued after the debt became delinquent and/or charged off.

19. Misstating the rate of interest as zero is material.

## VIOLATION ALLEGED

20. The misstatement described above violates the FDCPA as constituting a "false, deceptive, or misleading representation or means in connection with the collection of any debt" (§1692e), a false representation of the "character" of any debt (§1692e(2)(A)), and "use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer" (§1692e(10)). "It is unfair to consumers under the FDCPA to hide the true character of the debt, thereby impairing their ability to knowledgeably assess the validity of the debt." Fields v. Wilber Law Firm, 383 F.3d 562, 566 (7th Cir. 2004).

3

## CLASS ALLEGATIONS

21. Plaintiff brings this claim on behalf of a class, consisting of (a) all natural persons with Illinois addresses (b) to whom defendant sent an "NCO A" or "NCO C" letter (c) seeking to collect a credit card debt, (c) that lists a positive dollar amount of "interest" but states that the rate of interest is zero, (d) which letter was sent during a period beginning on a date one year prior to the filing of this action and ending 20 days after the filing of this action.

22. The class is so numerous that joinder is impracticable. On information and belief, there are more than 50 members of the class.

23. There are questions of law and fact common to the members of the class, which common questions predominate over any questions that affect only individual class members. The predominant common question is whether Exhibit A violates the FDCPA.

24. Plaintiff's claim is typical of the claims of the class members. All are based on the same factual and legal theories.

25. Plaintiff will fairly and adequately represent the interests of the class members. Plaintiff has retained counsel experienced in consumer credit and debt collection abuse cases.

26. A class action is superior to other alternative methods of adjudicating this dispute. Individual cases are not economically feasible.

WHEREFORE, plaintiff requests that the Court enter judgment in favor of plaintiff and the class and against defendant for:

      a. Statutory damages;

      b. Attorney's fees, litigation expenses and costs of suit;

      c. Such other or further relief as the Court deems proper.

_____
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Michelle R. Teggelaar
EDELMAN, COMBS, LATTURNER
    &amp; GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## JURY DEMAND

Plaintiff demands trial by jury.

/s/ Daniel A. Edelman
Daniel A. Edelman

t:\17198\pleading\complaint_pleading.wpd

# EXHIBIT A

PO BOX 15630
DEPT 27
WILMINGTON DE 19850

# NCO FINANCIAL SYSTEMS INC

507 Prudential Road, Horsham, PA 19044

1-800-448-9575
OFFICE HOURS:
8AM-9PM MON THRU THURSDAY
8AM-5PM FRIDAY
8AM-12PM SATURDAY

Dec 23, 2005

Calls to or from NCO Financial Systems, Inc. may be monitored or recorded for quality assurance.

HT7936
TONY IVANOV

CHICAGO IL 60634-1439

CREDITOR: BANK OF AMERICA 7139
ACCOUNT #: 9230
REGARDING: CREDIT CARD BALANCE
PRINCIPAL: $ 6794.10
INTEREST: $ 1882.04
INTEREST RATE: 0.000%
OTHER CHARGES: $ 484.58
TOTAL BALANCE: $9160.72

The named creditor has placed this account with our office for collection. It is important that you forward payment in full.

If you choose not to respond to this notification, we will assign your account to a collector with instructions to collect the balance.

To assure proper credit please put our internal account number HT7936 on your check or money order and enclose the lower portion of this letter with your payment. If you need to speak to a representative contact us at 1-800-448-9575.

Returned checks will be subject to the maximum fees allowed by your state.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgement and mail you a copy of such judgement or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Your account balance may be periodically increased due to the addition of accrued interest or other charges as provided in your agreement with the original creditor or as otherwise provided by state law.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT (MAKE SURE ADDRESS SHOWS THROUGH WINDOW)

| Account # | Client Account # | Total Balance |
|---|---|---|
| HT7936 | 9230 | $ 9160.72 |

TONY IVANOV

Payment Amount ↓

$

Check here if your address or phone number has changed and provide the new information below.

Make Payment To:

NCO FINANCIAL SYSTEMS
PO BOX 7216
PHILADELPHIA PA 19101-7216

NCO A
21

01270HT7936200000022000000091607727

**EXHIBIT B**

PO BOX 15630
DEPT 27
WILMINGTON DE 19850

# NCO FINANCIAL SYSTEMS INC

507 Prudential Road, Horsham, PA 19044

1-800-218-1175
OFFICE HOURS:
8AM-9PM MON THRU THURSDAY
8AM-5PM FRIDAY
8AM-12PM SATURDAY
Jan 23, 2006

Calls to or from NCO Financial Systems, Inc. may be monitored or recorded for quality assurance.

HT7936
TONY IVANOV
CHICAGO IL



| Creditor | Principal | Interest | Int Rate | Amt Owed |
|---|---|---|---|---|
| BANK OF AMERICA 7139 | 6794.10 | 2100.68 | 0.00 | 9379.36 |

As you are now aware, the above named creditor has placed your account with us for collection.

Please pay this balance or contact us to make appropriate repayment arrangements.

Send your payment to the address listed below.

To assure proper credit, please enclose the lower portion of this letter or a copy thereof with your payment.

Your account balance may be periodically increased due to the addition of accrued interest or other charges as provided in your agreement with the original creditor or as otherwise provided by state law.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT (MAKE SURE ADDRESS SHOWS THROUGH WINDOW)

| Account # | Due Date | Total Balance |
|---|---|---|
| HT7936 | | $ 9379.36 |

TONY IVANOV

Payment Amount ⬇

$

Check here if your address or phone number has changed and provide the new information below.

Make Payment To:

NCO FINANCIAL SYSTEMS
PO BOX 7216
PHILADELPHIA PA 19101-7216

NCO C
5